IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EMPRESS CLEOPATRA BEY,                         *

                  Petitioner,          *

v.                                                       Case No.   5:21-cv-00329-TES-CHW

                                             *

UNITED STATES OF AMERICA,

                                           *

                  Respondent.

                                           *

## **J U D G M E N T**

Pursuant to this Court's Order dated January 5, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of

Respondent.

This 5th day of January, 2022.

                                    David W. Bunt, Clerk

                                    s/ Tydra Miller, Deputy Clerk